# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| KIPLEN D. EVANS, JR., | ) |
| *Plaintiff*, | ) |
| v. | ) No.: 3:13-cv-432-TAV-HBG |
| SHERIFF DAVID RAY, et al., | ) |
| *Defendants*. | ) |

## MEMORANDUM AND ORDER

This is a prisoner's civil rights action which is scheduled for a jury trial on October 7, 2014. Plaintiff filed this action *pro se*; counsel has recently filed his notice of appearance on behalf of plaintiff. Because he has recently retained counsel, plaintiff moves to continue the trial date, and to reset deadlines. The defendants do not oppose the motion to continue. For good cause shown, the motion to continue [Doc. 20] is **GRANTED** to the extent the trial of this matter is **CANCELLED**. The Court will file an amended Scheduling Order, with a new trial date, now that plaintiff is represented by counsel.

**E N T E R :**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE